IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01950-BNB

JEROME BLACKHORSE,

Plaintiff,

v.

SHERIFF DUKE SCHIRARD, and
MEDICAL STAFF, La Plata County Detention Center,

Defendants.

## ORDER OF DISMISSAL

Plaintiff Jerome Blackhorse currently is detained at the La Plata County Detention Center in Durango, Colorado. On August 28, 2008, Mr. Blackhorse submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland entered an order on September 11, 2008, finding that the submitted documents were deficient in part and directing Mr. Blackhorse to submit to the Court a prisoner trust fund account statement that has been certified by a prison official. Plaintiff also was instructed to submit a Prisoner Complaint that contains his signature.

On October 17, 2008, Mr. Blackhorse submitted an account statement. He, however, failed to submit a Prisoner Complaint that contains his signature, and the account statement is not certified by a prison official. Mr. Blackhorse, therefore, has failed to cure the deficiencies noted in the September 11, 2008, Order within the time

allowed. The Court has reviewed the file, concurs with Magistrate Judge Boland's findings, and finds that the action should be dismissed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 23 day of ~~Sept~~. Oct , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01950-BNB

Jerome Blackhorse
Prisoner No. 4223
La Plata County Det. Facility
742 Turner Drive
Durango, CO 81303

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/24/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk